

# Fourth Court of Appeals
## San Antonio, Texas

February 21, 2020

No. 04-19-00720-CV

Neil R. **FOGA** and Marlene C. Turner-Foga,
Appellants

v.

**GHK ENTERPRISES, LP**,
Appellee

From the County Court, Frio County, Texas
Trial Court No. 9268
Arnulfo C. Luna, Judge Presiding

# O R D E R

This is an appeal in a forcible detainer case. Appellants Neil R. Foga and Marlene C. Turner seek to appeal from the county court's order dismissing their *de novo* appeal from a judgment of the justice court ordering possession of real property to appellee GHK Enterprises, L.P. *See* TEX. R. CIV. P. 510.9(a), 510.10(c) (providing for a trial de novo in a county court upon the timely appeal of a justice court's judgment in an eviction case). On February 12, 2020, the trial court clerk filed the clerk's record in this appeal. Included in the record is an affidavit of inability to pay, in which Foga avers that he and Turner "are currently without a place to stay."

A case becomes moot if, at any stage of the proceedings, a controversy ceases to exist between the parties. *See Marshall v. Hous. Auth. of City of San Antonio*, 198 S.W.3d 782, 787 (Tex. 2006); *Williams v. Lara*, 52 S.W.3d 171, 184 (Tex. 2001). In a forcible detainer suit,

> [w]hen a tenant is no longer in possession of the property and has not superseded the judgment of possession, her appeal is moot unless: (1) she timely and clearly expressed an intent to exercise the right of appeal, and (2) appellate relief is not futile. [*Marshall*, 198 S.W.3d at 787]. Appellate relief is not futile if the tenant holds and asserts "a potentially meritorious claim of right to <u>*current, actual possession*</u>" of the property. *Id.* (emphasis added).

*Stewart v. Fiesta City Realtors*, No. 04-17-00839-CV, 2018 WL 4760151, at *1 (Tex. App.—San Antonio Oct. 3, 2018, no pet.) (mem. op.). Issues independent of possession, such as damages and attorney's fees, may be reviewable, even if the issue of possession

is moot.  *See Cavazos v. San Antonio Hous. Auth.*, No. 04-09-00659-CV, 2010 WL 2772450, at *2 (Tex. App.—San Antonio July 14, 2010, no pet.) (mem. op.).

Because it appears that appellants are no longer in possession of the real property at issue in this appeal and because it appears that neither the justice court nor the county court awarded damages or attorney's fees, we ORDER appellants to show cause in writing **within fifteen days** from the date of this order why this appeal should not be dismissed for lack of jurisdiction.  *See* Tex. R. App. P. 42.3(a), 43.2(f), 44.3.  All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of February, 2020.

_____
Michael A. Cruz,
Clerk of Court